# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FREDERICK OMOYUMA SILVER,<br>　　　　　　Appellant,<br>vs.<br>CANDICE KATIE TOWNER,<br>　　　　　　Respondent. | No. 79527 |
| FREDERICK OMOYUMA SILVER,<br>　　　　　　Appellant,<br>vs.<br>CANDICE KATIE TOWNER,<br>　　　　　　Respondent. | No. 79538 ✓ |

**FILED**

SEP 2 7 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
　　DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from a district court minute order, a January 18, 2019, "Order After Hearing Certifying Intent to Grant Relief," and a February 20, 2019, Master's Recommendation. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Review of the notices of appeal and docketing statements reveals jurisdictional defects. The district court's minute order is not effective and cannot be appealed. *See Div. of Child & Family Servs. v. Eighth Judicial Dist. Court,* 120 Nev. 445, 451, 92 P.3d 1239, 1243 (2004); *Rust v. Clark Cty. Sch. Dist.,* 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Further, the notices of appeal were untimely filed from the January 18, 2019, and February 20, 2019, orders. Notices of entry of those orders were served on appellant on January 18, 2019, and February 22, 2019, respectively. Appellant did not file his notices of appeal in the district court until August 28, 2019, well past the 30-day appeal period set forth in NRAP

19-40228

4(a)(1). This court thus lacks jurisdiction to consider the appeals of the January 18, 2019, and February 20, 2019, orders. *See Winston Prods. Co. v. DeBoer*, 122 Nev. 517, 134 P.3d 726 (2006) ("This court lacks jurisdiction to consider an appeal that is filed beyond the time allowed under NRAP 4(a).").

As this court lacks jurisdiction over the challenged orders, this court

ORDERS these appeals DISMISSED.[1]

_____ *Pickering* , J.
Pickering

_____ , J.  _____ , J.
Parraguirre  Cadish

cc:  Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Frederick Omoyuma Silver
Candice Katie Towner
Mary D. Perry
Eighth District Court Clerk

---

[1]Given these dismissals, this court takes no action on appellant's pro se transcript request forms.